## Commonwealth ex rel. Napolitano, Appellant, *v.* Myers.

Submitted June 13, 1966. *Louis Napolitano,* appellant, in propria persona; *Thomas J. Foley, Sr.,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Naugle, Appellant, *v.* Myers.

Submitted June 13, 1966. *Harry A. Naugle,* appellant, in propria persona; *Gerald R. Walmer,* District Attorney, for appellee.

Order affirmed.

HOFFMAN, J., would grant a new trial.

## Commonwealth ex rel. Rowe, Appellant, *v.* Russell.

Submitted June 13, 1966. *Gus Allen Rowe,* appellant, in propria persona; *Donald C. Marino* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.